AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

__Dion E. Thompson__
_Petitioner_

v.

__District of Colorado__
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 02 2021**

JEFFREY P. COLWELL
CLERK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: __Dion Edward Thompson__
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: __Florence USP__
    (b) Address: __P.O. Box 7000__
    __Florence, CO. 81226__
    (c) Your identification number: __23162-014__
3.  Are you currently being held on orders by:
    ☒ Federal authorities  ☐ State authorities  ☐ Other - explain: _____
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: __US District Court - CT, 450 Main St., Hartford, CT 06103__
    (b) Docket number of criminal case: __3:15-CR-00153-RNC__
    (c) Date of sentencing: __Jan 9, 2018__
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

_____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: **US District Court - District of CT**
   (b) Docket number, case number, or opinion number: **3:15-CR-00153-RNC**
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   **My attorney, Attorney V. Castignoli told me numerous times that I would receive pre-detention jail credit. I have lost a significant amount of jail credit, from Oct. 2015 to Aug. 20, 2018**
   (d) Date of the decision or action: **1/9/2018**

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: **I took a plea offer.**

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

(a) If "Yes," provide:
 (1) Name of the authority, agency, or court: _____
 _____
 (2) Date of filing: _____
 (3) Docket number, case number, or opinion number: _____
 (4) Result: _____
 (5) Date of result: _____
 (6) Issues raised: _____
 _____
 _____
 _____
 _____
 _____
 _____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes      ☒ No
   
   (a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
    _____
    _____
    _____
    _____
    _____
    _____

   (b) If you answered "No," explain why you did not file a third appeal: _____
   _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes      ☒ No
    
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

              If "Yes," provide:
              (1) Date of filing: _____
              (2) Case number: _____
              (3) Result: _____
              (4) Date of result: _____
              (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?
          ☐ Yes          ☐ No
          If "Yes," provide:
          (1) Name of court: _____
          (2) Date of filing: _____
          (3) Case number: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I have lost a significant amount of jail credit that my lawyer told me I would receive. He never asked the judge to order Jail credit for time that I served and so credit was taken away.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: This is my first challenge. There are no appeals available to me.

**Request for Relief**

15. State exactly what you want the court to do: I would like my jail credit returned to me. I am asking the judge to order the credit I lost.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 10·25·21 RENIAUED ON 11-26·21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10·22·21

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

TRULINCS 23162014 - THOMPSON, DION EDWARD - Unit: FLP-D-A

---

FROM: 23162014
TO: USP ISM/Mailroom/R&D/Records
SUBJECT: ***Request to Staff*** THOMPSON, DION, Reg# 23162014, FLP-D-A
DATE: 09/03/2021 05:17:17 PM

To: warden
Inmate Work Assignment: unassigned

Im requesting a Compassionate Release Form. I believe if i was sentenced now I would received a different sentence. Also the B.OP. has not credited me all my good time that im due. Under extra ordinary and Compelling reasons(3582 c(1)(a)) i must exhust my administrative remidies first, or I can go directly to the court if you fail to respond in 30 days. this will serve as my proof that i requuested a form for compassionate release.

TO: COURT / CLERK / whom ever.

Since my incarceration we lost my mom Mary cathy thompson December 22, 2020.

a lost my aunt Earl thompson
a lost my uncle susue
Herring in hell in
colorado springs weren't around
up since 1989 (except)
gary thompson
please give me my
time please

Thank you
DP Thompson

But you
Dont are nothing
to do with my
motion right? I
Dont want it to.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ___ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

United States District Court
District of Colorado

Dion Edward Richardson
United States Government
Warden Lovell

2241 for Pre-Sentencing & Post Sentencing Jail Credit for time served

FACTS: I was initially arrested 5/14/15. I was Rendered To The Custody of the United States Marshalls without a Writ of Habeas Corpus Ad Prosequendum. On Approx October 8th 2015, I was Sentenced to 78 months to Run Concurrent on January 9th 2018 in Hartford Connecticut federal court.

According to the Circuit's Precedent in Weeks v. Fleming 301 F.3d 1175 (2002) without a Writ of Ad Prosequendum which the Government must produce, then my Federal Sentence began on the day I was initially taken into Custody by the US Marshalls under primary exclusive Jurisdiction of the Federal Government. See Binford v. United States 436 F.3d 1252 (10th 2006). Also the amount of time it takes to exhaust the Grievance Procedures will extend beyond the time I'm supposed to be credited. My Case Manager in Canaan USP told informed me that I would not

#2

be credited pre-sentence detention time or the time or the time I served waiting to be transferred back to B.O.P.

May the court liberally construe rules to exhaust in my favor due to the length of it's taking the B.O.P. to respond during this Covid-19 outbreak. Also according to LANE V ENGLISH December 27, 2017 (10th Circuit) I'm suppose to be granted time in custody between federal arrest and conviction. This is my last resort my original out date will have/have already passed.

Date 10/18/21          Signature: Dia Edward Thor

Thank you

Dion Edward Henderson
23462-074
United States Penitentiary
P.O. Box 7000
U.S.P Florence
Florence, Colorado. 81226

LEGAL
MAIL


RECEIVED
DEC 0 1 2021
BY:

FEDERAL
To: United States District Court
633 Seventeenth Street
Suite 1000
Denver, Colorado. 80202

MAILED ON 11/26/21



Dion Edward Thompson sent this to our office believing it was the district court.

FEDERAL PUBLIC DEFENDER
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202

To:

Alfred A. Arraj United States Courthouse
901 19th St.
Room A105
Denver, CO 80294